**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 11 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSE AGUILAR, PRIMITIVO AGUILAR, JOAQUIN
ALMAZAN, ALBERT BARRANCO, RAMIRO
CASA, JOAQUIN CORONA, HUGO FLORES,
JAVIER FLORES, VOON ONN, JORGE OREA,
AGUSTIN RAMALES, ANGEL ZAMBRANO, and
JUN ZHAO,

         Plaintiffs,

 -against-

E-Z SUPPLY CORP., SUNRISE PLUS CORP., and
LESTER WEN,

         Defendants.
------------------------------------------------------------------X

JUDGMENT
06-CV- 6790 (SLT)

   A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on September 10, 2009, adopting in its entirety the unopposed Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., dated June 22, 2009; and directing the Clerk of Court to enter judgment ordering defendants to pay plaintiffs $14,465.50 in attorneys' fees and $75.00 in costs, for a total judgment award of $14,540.50; it is

   ORDERED and ADJUDGED that the unopposed Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., dated June 22, 2009 is adopted in its entirety; and that judgment is hereby entered in favor of plaintiffs, Jose Aguilar, Primitivo Aguilar, Joaquin Almazan, Alberto Barranco, Ramiro Casa, Joaquin Corona, Hugo Flores, Javier Flores, Voon Onn, Jorge Orea, Agustin Ramales, Angel Zambrano, and Jun Zhao, and

Page 2

JUDGMENT
06-CV- 6790 (SLT)

against defendants, E.Z Supply Corp., Sunrise Plus Corp., and Lester Wen, ordering defendants to pay plaintiffs $14,465.50 in attorneys' fees and $75.00 in costs, for a total judgment award of $14,540.50.

Dated: Brooklyn, New York
       September 10, 2009

s/ RCH
ROBERT C. HEINEMANN
Clerk of Court